**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-cv-00357 |
| | § | |
| 11.406 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE OF | § | |
| TEXAS, FELIX LUERA RANCH, LTD, *et* | § | |
| *al.*, | § | |
| *Defendants*. | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in

Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1015, RGV-RGC-1016, and RGV-RGC-1018
Owner:  Felix Luera Ranch, LTD. *et al.*
Acres:  11.406

**Tract:  RGV-RGC-1015**

**BEING** a 1.154 acre tract (50,289 square feet) parcel of land, more or less, being out of a called 73.50 acre tract (First Tract), recorded in Volume 908, Page 370, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said tract being all of Share No. 7-A, Abstract 326, Porcion 59, Ancient Jurisdiction of Mier, Mexico said 1.154 acre (50,289 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at the northwest corner of said Felix Luera Ranch, LTD. (First Tract) tract and the southwest corner of a called 3.429 acre tract, recorded in Volume 892, Page 629, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Yolanda L. Barrerra, Araceli L. Perez & Hermelinda L. Gonzalez, being a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1015-1" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of a called 197.20 acre tract, recorded in Volume 771, Page 781, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Servando Luera, said point having a coordinate of N=16719893.938, E=774616.632, said point also being S 26°38'30" W, a distance of 946.00 feet from United States Corps of Engineers Control Point No. S142;

**THENCE:** S 35°14'13" E, departing the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract and along the north line of said Felix Luera Ranch, LTD. (First Tract) tract and the south line of said Yolanda L. Barrerra, Araceli L. Perez & Hermelinda L. Gonzalez tract, passing at 8.55 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1016-2" for the western most corner of proposed acquisition tract "RGV-RGC-1016", in total a distance of 373.90 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1015-2" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 68°25'38" W, departing the north line of said Felix Luera Ranch, LTD. (First Tract) tract and over and across said Felix Luera Ranch, LTD. (First Tract) tract, a distance of 563.13 feet to a set 5/8" rebar with a "B&F Engineering,

## SCHEDULE C (Cont.)

Inc." aluminum cap stamped "RGV-RGC-1013-1=RGV-RGC-1015-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract;

**THENCE:** N 54°31'03" E, along the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract, a distance of 79.24 feet to an angle point designated "RGV-RGC-1013-6=RGV-RGC-1015-4;

**THENCE:** S 35°41'08" E, along the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract, a distance of 98.59 feet to an angle point designated "RGV-RGC-1013-5=RGV-RGC-1015-5";

**THENCE:** N 54°32'20" E, along the east line of said Servando Luera tract and the west line of said Felix Luera Ranch, LTD. (First Tract) tract, passing at 222.68 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVRGC-1013-4" for the northeast corner of proposed acquisition tract "RGV-RGC-1013", in total a distance of 228.25 feet to the **POINT OF BEGINNING** and containing 1.154 acres (50,289 square feet) of land, more or less.

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

**Tract:  RGV-RGC-1016**

**BEING** a 1.315 acre tract (57,276 square feet) parcel of land, more or less, being out of a called 10.2861 acre tract, recorded in Volume 908, Page 372, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said tract being a part of Share 10 of the partition of Porcion 59, Ancient Jurisdiction of Mier, Mexico, said 1.315 acre (57,276 square feet) parcel of land being more particularly described as follows;

**BEGINNING:** at a 1/2" rebar, being the southeast corner of said Felix Luera Ranch, LTD. 10.2861 acre tract, the southwest corner of a called 12.5 acre tract, recorded in Volume 909, Page 534, Deed Records of Starr County (D.R.S.C.),Texas, conveyed to Felix Luera Ranch, LTD., a called 16.67 acre tract, recorded in Volume 1398, Page 411, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to the known and unknown heirs of Higinio Rodriguez and a called 16.67 acre tract, recorded in Volume 1476, Page 836, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Argus Resources, Inc., et al, said point being on the north line of a called 73.50 acre tract (First Tract), recorded in Volume 908, Page 370, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said point having a coordinate of N=16719542.454, E=774864.915, said point also being S 08°21'36" W, a distance of 1209.91 feet from United States Corps of Engineers Control Point No. S142;

**THENCE:** N 35°14'13" W, along the south line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the north line of said Felix Luera Ranch, LTD. (First Tract) tract, passing at 56.43 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1015-2" for the eastern most corner of proposed acquisition tract "RGV-RGC-1015", in total a distance of 421.78 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVRGC-1016-2" for the most western corner of the herein described proposed acquisition tract;

**THENCE:** S 68°25'38" E, departing the south line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the north line of said Felix Luera Ranch, LTD. (First Tract) tract, over and across said Felix Luera Ranch, LTD. 10.2861 acre tract, a distance of 496.13 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC 1016-3=RGV-RGC-1017-2" for the most eastern corner of the herein described proposed acquisition tract, said point being on the east line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the west

### SCHEDULE C (Cont.)

line of said Felix Luera Ranch, LTD. 12.5 acre tract, the known and unknown heirs of Higinio Rodriguez tract and the Argus Resources, Inc., et al tract;

**THENCE:** S 53°22'21" W, along the east line of said Felix Luera Ranch, LTD. 10.2861 acre tract and the west line of said Felix Luera Ranch, LTD. 12.5 acre tract, the known and unknown heirs of Higinio Rodriguez tract and the Argus Resources, Inc., et al tract, passing at 235.32 feet a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-1" for the southwest corner of proposed acquisition tract "RGV-RGC 1017", in total a distance of 271.67 feet to the **POINT OF BEGINNING** and containing 1.315 acres (57,276 square feet) of land, more or less.

**<u>SCHEDULE C</u>**

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

**Tract:  RGV-RGC-1018**

**BEING** a 8.937 acre tract (389,314 square feet) parcel of land, more or less, being out of a called 127.71 acre tract, recorded in Document No. 2001-217848, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., said tract lying in and forming a part of Porcion 60, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, which tract is set forth and identified as Tract No. 1 in the Homer Trimble d/b/a Cameron Engineering Company, for Cause No. 3058, District Court of Starr County, Texas, said 8.937 acre tract (389,314 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at a point designated "RGV-RGC-1017-4=RGV-RGC-1018-1=RGV-RGC-1040-1", said point being the southeast corner of a called 49.73 acre tract, recorded in Document No. 1941-17206, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Known and Unknown Heirs of Higinio Rodriguez and the northeast corner of a called 12.5 acre tract, recorded in Volume 909, Page 534, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Felix Luera Ranch, LTD., a called 16.67 acre tract, recorded in Volume 1398, Page 411, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to The Known and Unknown Heirs of Higinio Rodriguez and a called 16.67 acre tract, recorded in Volume 1476, Page 836, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to Argus Resources, Inc., et al, said point being on the west line of said Felix Luera Ranch, LTD. 127.71 acre tract, said point having a coordinate of N=16719064.270, E=776281.511, said point also being S 36°31'26" E, a distance of 2084.63 feet from United States Corps of Engineers Control Point No. S142;

**THENCE:** N 54°58'33" E, along the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Known and Unknown Heirs of Higinio Rodriguez tract, a distance of 185.34 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2= RGV-RGC-1040- 3" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 68°25'38" E, departing the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Known and Unknown Heirs of Higinio Rodriguez tract and over and across said Felix Luera Ranch, LTD. 127.71 acre tract, passing at 54.69 feet the north line of Easement Tract RGV-RGCR1102, passing at 102.88 feet the south line of Easement Tract RGV-RGC-R1102, in total a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2A" for a point on tangent;

## SCHEDULE C (Cont.)

**THENCE:** S 68°25'38" E, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2B" for a point on tangent;

**THENCE:** S 68°25'38" E, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-2C" for a point on tangent;

**THENCE:** S 68°25'38" E, over and across said Felix Luera Ranch LTD. 127.71 acre tract, a distance of 355.80 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-3=RGV-RGC-1019-8" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said Felix Luera Ranch, LTD. 127.71 acre tract and the west line of a called 89.90 acre tract, recorded in Volume 823, Page 543, Deed Records of Starr County (D.R.S.C.), Texas, conveyed to United States of America (U.S. Fish and Wildlife Service);

**THENCE:** S 07°37'07" W, along the east line of said Felix Luera Ranch, LTD. 127.71 acre tract and the west line of said United States of America (U.S. Fish and Wildlife Service) tract, a distance of 206.08 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4=RGV-RGC-1019-7" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 68°25'38" W, departing east line of said Felix Luera Ranch, LTD. 127.71 acre tract and the west line of said United States of America (U.S. Fish and Wildlife Service) tract and over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 405.49 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4A" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4B" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4C" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1018-4D" for a point on tangent;

**THENCE:** N 68°25'38" W, over and across said Felix Luera Ranch, LTD. 127.71 acre tract, passing at 31.51 feet the south line of Easement Tract RGV-RGCR1102,

## **SCHEDULE C (Cont.)**

passing at 79.70 feet the north line of Easement Tract RGV-RGC-R1102, in total a distance of 131.69 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-1017-5=RGV-RGC-1018-5" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Felix Luera Ranch, LTD. 12.5 acre tract, The Known and Unknown Heirs of Higinio Rodriguez tract and the Argus Resources, Inc., et al tract;

**THENCE:** N 54°48'00" E, along the west line of said Felix Luera Ranch, LTD. 127.71 acre tract and the east line of said Felix Luera Ranch, LTD. 12.5 acre tract, The Known and Unknown Heirs of Higinio Rodriguez 16.67 acre tract and the Argus Resources, Inc., et al 16.67 acre tract, a distance of 54.13 feet to the **POINT OF BEGINNING** and containing 8.937 acre tract (389,314 square feet) of land, more or less.

# SCHEDULE D

## **SCHEDULE D**

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV–RGC–1017–4=RGV–RGC–1018–1 | 16719064.271 | 776281.511 |
| RGV–RGC–1018–2=RGV–RGC–1040–3 | 16719170.639 | 776433.284 |
| RGV–RGC–1018–2A | 16718986.798 | 776898.259 |
| RGV–RGC–1018–2B | 16718802.956 | 777363.235 |
| RGV–RGC–1018–2C | 16718619.115 | 777828.211 |
| RGV–RGC–1018–3=RGV–RGC–1019–8 | 16718488.294 | 778159.086 |
| RGV–RGC–1018–4=RGV–RGC–1019–7 | 16718284.031 | 778131.765 |
| RGV–RGC–1018–4A | 16718433.125 | 777754.674 |
| RGV–RGC–1018–4B | 16718616.966 | 777289.698 |
| RGV–RGC–1018–4C | 16718800.808 | 776824.723 |
| RGV–RGC–1018–4D | 16718984.649 | 776359.747 |
| RGV–RGC–1017–5=RGV–RGC–1018–5 | 16719033.070 | 776237.280 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN JANUARY, 2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THIS ACQUISITION LIES INSIDE OF PRIVATE PROPERTY AND DOES NOT CROSS A PUBLIC ROAD, THEREFORE NO UTILITY LOCATE REQUEST HAS BEEN MADE, NOR WAS ANY EVIDENCE OF UTILITIES DISCOVERED IN THE FIELD.





| | METES & BOUNDS SURVEY |
|---|---|
| | FELIX LUERA RANCH, LTD |
| | TRACT No. RGV-RGC-1018 |
| | STARR COUNTY TEXAS |

| Mark | Description | Date | Appr. |
|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 10/19 |
| Checked | DWB | 10/19 |
| Surveyor | JJB | 01/19 |
| Fld Bk. # | 18080SC-T4-B1 | |

CONTRACT NO.: W9127Sx-14Q-0013
T.O.: W9127S19F0075

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10130842

Drawing Ref.
SHEET 7 OF 8

US Army Corps
of Engineers

ENGINEERING, INC.
528 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6869
(EMAIL) info@bnfeng.com

B&F PROJ.: 7-2688-0918    FILE NAME: RGV-RGC-1018    DATE: 1/06/20

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-1015, RGV-RGC-1016, and RGV-RGC-1018
Owner:  Felix Luera Ranch, LTD., *et al.*
Acreage:  11.406

# SCHEDULE E

## SCHEDULE E

## ESTATE TAKEN

Starr County, Texas

**Tract:** RGV-RGC-1015
**Owner:** Felix Luera Ranch, LTD., *et al.*
**Acres:** 1.154

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded with Deed Records, Starr County, Texas, on 10 September 2001, volume 908, page 370, document number 2001-217846, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract:** RGV-RGC-1016
**Owner:** Felix Luera Ranch, LTD., *et al.*
**Acres:** 1.315

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production, and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded with Deed Records, Starr County, Texas, on 10 September 2001, volume 908, page 370, document number 2001-217846, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or

## SCHEDULE E (Cont.)

systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract**: RGV-RGC-1018
**Owner:**  Felix Luera Ranch, LTD., *et al.*
**Acres:**  8.937

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded on 10 September 2001 at Official Records of Starr County, Book 908, Page 375, Document No. 2001-217848, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is FIFTY FIVE THOUSAND NINE HUNDRED NINETY FIVE DOLLARS AND NO/100 ($55,995.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Felix Luera Ranch, Ltd.**<br>**c/o Sigifredo Barrera**<br>**Registered Agent of Felix Luera Ranch, Ltd.**<br><br>████████████████<br>**Laredo, Texas** ████ | **RGV-RGC-1015**<br>**RGV-RGC-1016**<br>**RGV-RGC-1018**<br><br>Warranty Deed;<br>Document #2001-217846,<br>Recorded September 10, 2001,<br>Deed Records Starr County<br><br>Amended Warranty Deed;<br>Document #2001-218318,<br>Recorded September 24, 2001,<br>Deed Records Starr County<br><br>Warranty Deed;<br>Document #2001-217848,<br>Recorded September 10, 2001,<br>Deed Records Starr County<br><br>Deed of Gift,<br>Document#2001-214732<br>Recorded:  March 27, 2001<br>Deed Records Starr County<br><br>First Amendment to Certificate of Limited Partnership of Felix Luera Ranch, Ltd.,<br>Certificate of Filing;<br>Document #2005-247640,<br>Recorded June 28, 2005<br>Deed Records Starr County |
| **Unknown Heirs of Blas Farias**<br>**Address Unknown** | **RGV-RGC-1018**<br>Deed, Volume 34, Page 80<br>Recorded 30 January 1911<br>Deed Records Starr County |

| | |
|---|---|
| **Unknown Heirs of Librado Rodriguez Address Unknown** | **RGV-RGC-1016** Decree of Partition, Document #1934-1674; Recorded February 5, 1934 Deed Records Starr County<br><br>**RGV-RGC-1018** Warranty Deed, Volume 51, Page 623 Recorded 26 August 1925 Deed Records Starr County<br><br>**RGV-RGC-1018** Affidavit of Heirship, Document # 1983-134198; Recorded July 23, 1986 Deed Records Starr County |
| **Unknown Heirs of Higinio Rodriquez Address Unknown** | **RGV-RGC-1016** Decree of Partition, Document #1934-1674; Recorded February 5, 1934 Deed Records Starr County<br><br>**RGV-RGC-1018** Warranty Deed, Volume 51, Page 623 Recorded 26 August 1925 Deed Records Starr County<br><br>**RGV-RGC-1018** Affidavit of Heirship, Document # 1983-134198; Recorded July 23, 1986 Deed Records Starr County |
| **Unknown Heirs of Valeriano Rodriguez a/k/a Baleriado Rodriguez Address Unknown** | **RGV-RGC-1016** Decree of Partition, Document #1934-1674; Recorded February 5, 1934 Deed Records Starr County<br><br>**RGV-RGC-1018** Deed of Gift, Document # 1936-5562; Recorded 4 June 1936 Deed Records Starr County<br><br>**RGV-RGC-1018** Affidavit of Heirship, Document # 1983-134198; Recorded July 23, 1986 Deed Records Starr County |
| **Unknown Heirs of Celsa Rodriguez Address Unknown** | **RGV-RGC-1016** **RGV-RGC-1018** Warranty Deed**,** Volume 90, Page 472 |

| | Recorded 26 August 1925<br>Deed Records Starr County<br><br>**RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Affidavit of Heirship, Document # 1983-134198; Recorded July 23, 1986<br>Deed Records Starr County |
|---|---|
| **Unknown Heirs of Amalia Luera Garcia**<br>**Address Unknown** | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664,<br>Recorded 10 January 1981;<br>County Court of Starr County |
| **Delia Luera Ramirez**<br>▇▇▇▇▇▇<br>**Falcon Heights, TX** ▇▇▇▇ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664,<br>Recorded 10 January 1981;<br>County Court of Starr County |
| **Federico Luera Gonzalez**<br>▇▇▇▇▇▇<br>**Falcon Heights, TX** ▇▇▇▇ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981;<br>County Court of Starr County |
| **Belsa Luera Villarreal**<br>▇▇▇▇▇▇<br>**Stafford, TX** ▇▇▇▇ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County |
| **Ercilia Luera Benavides**<br>▇▇▇▇▇▇<br>**Falcon Heights, TX** ▇▇▇▇ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded:  10 January 1981<br>County Court of Starr County |
| **Servando Luera Gonzalez**<br>▇▇▇▇▇▇<br>**Falcon Heights, TX** ▇▇▇▇ | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded: 10 January 1981<br>County Court of Starr County |
| **Unknown Heirs of Saul Luera**<br>**Address Unknown** | **RGV-RGC-1015**<br>**RGV-RGC-1018**<br>Franco Luera Probate No. 1664<br>Recorded 10 January 1981<br>County Court of Starr County, Texas |
| **Unknown Heirs of Geronimo Hinojosa** | **RGV-RGC-1015**<br>Decree of Partition, Cause No. 1674<br>Recorded February 5, 1934 |

| | |
|---|---|
| | Deed Records Starr County<br><br>**RGV-RGC-1015**<br>Power of Attorney, Document #1938-10663, Recorded July 19, 1938<br>Deed Records Starr County<br><br>**RGV-RGC-1015**<br>Warranty Deed; Document #1941-17181; Recorded November 7, 1941<br>Deed Records Starr County |
| **Argus Resources, Inc.**<br>2500 City West Boulevard<br>Suite 1200<br>Houston, Texas | **RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Quit Claim Deed,<br>Document #1998-200254<br>Recorded:  December 7, 1998<br>Deed Records Starr County<br><br>**RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Quit Claim Deed,<br>Document #1998-200255<br>Recorded:  December 7, 1998<br>Deed Records Starr County<br><br>**RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Quit Claim Deed,<br>Document #1998-200256<br>Recorded:  December 7, 1998<br>Deed Records Starr County |
| **E.O. Scott, III**<br>████████████████<br>**San Antonio, Texas** ██████ | **RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Quit Claim Deed,<br>Document #1998-200254<br>Recorded:  December 7, 1998<br>Deed Records Starr County<br><br>**RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Quit Claim Deed,<br>Document #1998-200255<br>Recorded:  December 7, 1998<br>Deed Records Starr County |

| | |
|---|---|
| | **RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Quit Claim Deed,<br>Document #1998-200256<br>Recorded:  December 7, 1998<br>Deed Records Starr County |
| **Unknown Heirs of Inez P. Luera**<br>**Address Unknown** | **RGV-RGC-1015**<br>**RGV-RGC-1016**<br>**RGV-RGC-1018**<br>Warranty Deed,<br>Document #2001-217848;<br>Recorded September 10, 2001<br>Deed Records Starr County<br><br>Amended Warranty Deed;<br>Document #2001-218318,<br>Recorded September 24, 2001,<br>Deed Records Starr County |
| **Unknown Heirs of Matilda Rodriguez**<br>**Luera**<br>**Address Unknown** | **RGV-RGC-1018**<br>Affidavit, Document# 1986-134198<br>Recorded:  July, 23 1986<br>Deed Records Starr County |
| **Unknown Heirs of Manuela G. Luera**<br>**Address Unknown** | **RGV-RGC-1018**<br>Affidavit, Document# 1986-134198<br>Recorded:  July 23, 1986<br>Deed Records Starr County |
| **Unknown Heirs of Herminia Luera**<br>**Guerra** | **RGV-RGC-1018**<br>Affidavit of Heirship<br>Volume 537, Page 159<br>Official Records of Starr County, Texas |
| **Ameida Salinas**<br>**Starr County Tax Assessor & Collector**<br>**100 N FM 3167, Room 201**<br>**Rio Grande City, Texas 78582** | **RGV-RGC-1015**<br>Tax Acct. No. 0022785<br><br>**RGV-RGC-1016**<br>Tax Acct. No. 0077902<br><br>**RGV-RGC-1018**<br>Tax Acct. No. 0022785 |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

United States of America

**(b)**   County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

AUSA Baltazar Salazar, U.S. Attorney's Office, 600 E. Harrison Street, Suite 201, Brownsville, Texas 78520, (956) 983-6057

## DEFENDANTS

11.406 Acres of Land, More or Less, Situate in Starr County, State of Texas, Felix Luera Ranch, Ltd., et al.,

County of Residence of First Listed Defendant      Starr
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1   U.S. Government
  Plaintiff
- ☐ 2   U.S. Government
  Defendant
- ☐ 3   Federal Question
  *(U.S. Government Not a Party)*
- ☐ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate and maintain border security.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE
11/05/2020

SIGNATURE OF ATTORNEY OF RECORD
s/Baltazar Salazar

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII.    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.