UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-357 |
| | § | |
| 11.406 ACRES OF LAND, MORE OR LESS, *et al*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING STAY OF CONDEMNATION PROCEEDINGS

Before the Court is the Defendant's Unopposed Motion to Stay Construction and Motion to Stay Condemnation Proceedings (Dkt. No. 18). The Motion is unopposed by the Government.

Accordingly, it is **ORDERED** that these proceedings and all deadlines are stayed for sixty (60) days from the date of this order.

SO ORDERED this 3rd day of February, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge